UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DICKERSON,<br><br>         Petitioner,<br><br>v.<br><br>PAT VASQUEZ, Warden,<br><br>         Respondent. | CASE NO. 1:16-cv-01889-SKO  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 2) |

Petitioner Gregory Dickerson, proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for appointment of counsel. Using a California state form for appointment of trial counsel, he contends that he is entitled to appointment of counsel based on indigency.

In federal habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases. Because Petitioner assumes that he is entitled to counsel, he alleges no basis by which the Court may appoint counsel on his behalf.

Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated:   **December 20, 2016**           /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

1